Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Michael S Gauthier
       Faith L Gauthier                          Case No. _____

                               Debtor(s)        Chapter    13

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ _____68.50___ Check one    ■ With the filing of the petition, or
                                     ☐ On or before _____

    $ _____68.50___ on or before _____

    $ _____68.50___ on or before _____

    $ _____68.50___ on or before _____

\*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date   August 16, 2007 _____       Signature    /s/ Michael S Gauthier _____
                                                              Michael S Gauthier
/s/ WILLIAM L. BALSLEY _____                    Debtor
Attorney for Debtor(s)
WILLIAM L. BALSLEY
Balsley & Dahlberg, LLP
5130 North Second Street
Loves Park, IL 61111                        Signature    /s/ Faith L Gauthier _____
(815) 877-2593                                       Faith L Gauthier
Fax: (815) 877-7965                                  Joint Debtor
www.balsleylawoffice.com

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy