# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL S. GAUTHIER & FAITH L. GAUTHIER  Case Number: 07-71979
2602 N. ROCKTON AVENUE    SSN-xxx-xx-6933 & xxx-xx-0685
ROCKFORD, IL  61103

Case filed on: 8/21/2007
Plan Confirmed on: 1/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,228.80        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 3,009.28 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,009.28 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPT OF HEALTHCARE | 10,323.97 | 10,323.97 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 6,471.36 | 6,471.36 | 0.00 | 0.00 |
|  | Total Priority | 16,795.33 | 16,795.33 | 0.00 | 0.00 |
| 999 | MICHAEL S. GAUTHIER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 14,631.65 | 14,631.65 | 0.00 | 0.00 |
|  | Total Secured | 14,631.65 | 14,631.65 | 0.00 | 0.00 |
| 003 | LONNIES CARPET CONNECTION INC | 1,558.44 | 1,558.44 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 3,472.12 | 3,472.12 | 0.00 | 0.00 |
| 006 | A-1 AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST DATA COMMERCIAL SERVICES | 1,376.95 | 1,376.95 | 0.00 | 0.00 |
| 008 | ALPINE BANK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASSET ACCEPTANCE CORP | 1,699.92 | 1,699.92 | 0.00 | 0.00 |
| 011 | CARLYLE AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHECK IT | 247.15 | 247.15 | 0.00 | 0.00 |
| 013 | CITIZENS FINANCE | 1,829.54 | 1,829.54 | 0.00 | 0.00 |
| 014 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CONTINENTAL CREDIT ASSOCIATION, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DAN TRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DAN TRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | GEM SUBURBAN MFG HOUSING | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HSBC TAXPAYER FINANCIAL SERVICES | 6,776.75 | 6,776.75 | 0.00 | 0.00 |
| 025 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MAC ADVANTAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NATIONWIDE COLLECTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ASSET ACCEPTANCE CORP | 242.43 | 242.43 | 0.00 | 0.00 |
| 032 | NICOR GAS | 1,364.60 | 1,364.60 | 0.00 | 0.00 |
| 033 | PARAGON WAY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SWEDISH AMERICAN HOSPITAL | 1,514.82 | 1,514.82 | 0.00 | 0.00 |
| 035 | RECEIVABLE RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | REVENUE SECURITY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SIMM ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SP CAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | WINNEBAGO COUNTY STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | CITIZENS FINANCE | 5,691.29 | 5,691.29 | 0.00 | 0.00 |
| 046 | GMAC | 4,573.68 | 4,573.68 | 0.00 | 0.00 |
| 047 | ATTORNEY TERRY HOSS & | 900.00 | 900.00 | 0.00 | 0.00 |
| 048 | ASSET ACCEPTANCE CORP | 497.95 | 497.95 | 0.00 | 0.00 |
| 049 | ASSET ACCEPTANCE CORP | 236.55 | 236.55 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 050 | PORTFOLIO RECOVERY ASSOCIATES | 1,434.32 | 1,434.32 | 0.00 | 0.00 |
| 051 | B-REAL LLC | 188.00 | 188.00 | 0.00 | 0.00 |
| 052 | ROCKFORD MERCANTILE AGENCY INC | 185.00 | 185.00 | 0.00 | 0.00 |
| | Total Unsecured | 33,789.51 | 33,789.51 | 0.00 | 0.00 |
| | Grand Total: | 68,716.49 | 68,716.49 | 3,009.28 | 0.00 |

Total Paid Claimant:    $3,009.28
Trustee Allowance:    $219.52
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008         By  /s/Heather M. Fagan